**Robert G. APPEL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 44810.**

Missouri Court of Appeals,
Western District.

March 10, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
April 28, 1992.

Application to Transfer Denied
June 2, 1992.

Robert L. Fleming, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from denial of motion filed pursuant to Rule 24.035.

Judgment affirmed. Rule 84.16(b).